UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SANDRA SIMS,

          Plaintiff,          CIV. S-05-2502 PAN

    v.

JO ANNE B. BARNHART,          ORDER
Commissioner of Social
Security,

          Defendant.

-o0o-

    Plaintiff seeks leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff's affidavit demonstrates that because of poverty she cannot pay or give security for the costs and still be able to provide herself with the necessities of life.  See Adkins v. E.I. Dupont de Nemours & Co., 335 U.S. 331, 339 (1948).  Accordingly, plaintiff's application is granted.

    The clerk of the court is directed to open a civil file.

    The United States Marshal shall serve process pursuant to

plaintiff's instructions without payment of fees or expenses thereof.  See 28 U.S.C. § 1915(d).

So ordered.

Dated:  January 18, 2006.

                    /s/ Peter A. Nowinski
                    PETER A. NOWINSKI
                    Magistrate Judge