McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA SIMS,<br><br>        Plaintiff,<br><br>   v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>        Defendant. | CASE NO. 2:05-CV-02502-PAN<br><br>STIPULATION AND [proposed]<br>ORDER RE PRE-FILING<br>REDACTION OF THE<br>ADMINISTRATIVE TRANSCRIPT |

The parties to the above-referenced action, by and through their undersigned counsel, with the approval of the Court, hereby stipulate that the record found at transcript page (Tr.) 411-412 (consisting of Exhibit 13-F, pages 13F/27 and 13F/28) of the certified transcript of the administrative proceedings under review in this action, is a confidential extra-party record which does not pertain to said administrative proceedings.  Accordingly, the parties agree to redaction of the transcript, whereby Defendant shall remove Tr. 411-412 from the transcript and file the transcript in such redacted form.

The parties further stipulate that any review copies of the record found at Tr. 411-412, provided to Plaintiff for the purpose of reaching this agreement, shall be destroyed or returned to Defendant's counsel of record at the above-captioned address.

The parties further stipulate that the inadvertent inclusion of said record in the administrative transcript is not and will not be a basis for a claimed error.

The parties further stipulate that counsel for Plaintiff will provide a facsimile of this document bearing counsel's original signature for retention in Defendant's case file, amd hereby authorizes counsel for Defendant to file this document in PDF format under the latter's Electronic Case Filing password, pursuant to Local Rule 7-131.

DATED:  05/03/06         /s/ Steve Michael Chabre
STEVE MICHAEL CHABRE
Attorney at Law

Attorney for Plaintiff

DATED:  05/05/06         McGREGOR W. SCOTT
United States Attorney

By:  /s/ Bobbie J. Montoya
BOBBIE J. MONTOYA
Assistant U. S. Attorney

Attorneys for Defendant

_____oOo_____

**ORDER**

**APPROVED AND SO ORDERED.**

**DATED: May 30, 2006.**

UNITED STATES MAGISTRATE JUDGE