McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Telephone: (916) 554-2700
Fax: (916) 554-2900
AMITA BAMAN TRACY
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (916) 977-8943
Fax: (415) 744-0134
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA SIMS,<br><br>　　　Plaintiff,<br><br>　v.<br><br>JO ANNE B. BARNHART,<br>　Commissioner of<br>　Social Security,<br><br>　　　Defendant. | CASE NO. 2:05-CV-02502-PAN (JFM)<br><br>STIPULATION AND ORDER<br>SETTLING ATTORNEY'S FEES<br>PURSUANT TO THE EQUAL<br>ACCESS TO JUSTICE ACT (EAJA) |

　　　It is stipulated by the parties through their undersigned counsel, with the Court's approval, that counsel for Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of FOUR THOUSAND FIVE HUNDRED AND 00/100 DOLLARS ($4,500.00), for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby constituting a compromise settlement for all fees under the EAJA in this action, but not constituting any admission of Defendant's liability under the EAJA in this action.

　　　Payment of the amount specified above shall constitute a complete release from and bar to any

/////

SIMS v. Barnhart
EAJA Stip & Order
2:05-cv-02502-PAN (JFM)　　　　　　　　　　**1**

and all claims of Plaintiff's counsel relating to EAJA fees in connection with this action, without prejudice to any future request for fees under the Social Security Act, 42 U.S.C. § 406(b).

DATE: December 15, 2006        /s/ Steve M. Chabre (as authorized on December 15, 2006)
                                              STEVE M. CHABRE
                                              Attorney at Law

                                              Attorney for Plaintiff

DATE: December 15, 2006        McGREGOR W. SCOTT
                                              United States Attorney
                                              BOBBIE J. MONTOYA
                                              Assistant U.S. Attorney

                                        By:    /s/ Bobbie J. Montoya for
                                                       AMITA BAMAN TRACY
                                                       Special Assistant U.S. Attorney

                                                       Attorneys for Defendant

OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION

SIMS v. Barnhart
EAJA Stip & Order
2:05-cv-02502-PAN (JFM)                           **2**

ORDER

Counsel for Plaintiff is hereby awarded attorney's fees pursuant to the Equal Access to Justice Act in the amount of $4,500.00, pursuant to the stipulation of the parties.

APPROVED AND SO ORDERED.

DATED:  December 21, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

13
Sims.stipord.eaja.ss.wpd

SIMS v. Barnhart
EAJA Stip & Order
2:05-cv-02502-PAN (JFM)       **3**